CARTER *et al. v.* AMERICAN GINGER ALE & CARBONATING Co. *et al.*

ATKINSON, J.   1. "When several persons are named in a bill of exceptions as defendants in error, an acknowledgment of service thereon, signed by an attorney 'for' one of these persons by name 'et al.,' affords no evidence of service of the bill upon the others or any one or more of them." *Mutual Building Co.* v. *Dickinson,* 112 *Ga.* 469.

*Writ of error dismissed.   All the Justices concur, except Fish, C. J., absent.*

Argued May 25,—Decided July 5, 1906.

Motion to dismiss the writ of error.

The plaintiffs in error instituted an action against certain parties defendant.   The defendants filed a general demurrer, which was sustained by the court.   The plaintiffs excepted.   There are eight parties named in the bill of exceptions as parties defendant.   The acknowledgment of service on the bill of exceptions is as follows: "H. C. Peeples, Peeples & Jordan, attorneys for B. M. Blount; Payne & Tye & Winfield Jones, attorneys for American Ginger Ale & Carbonating Co. et al."

*Moore & Pomeroy,* for plaintiffs, cited 113 *Ga.* 380.

*Payne, Jones & Jones* and *Peeples & Jordan,* for defendants.